# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0241. STAY SOCIAL TAP AND TABLE, LLC v. COLUMBIA COUNTY BOARD OF COMMISSIONERS.**

Stay Social Tap and Table, LLC ("Stay Social") seeks to appeal the superior court's order upholding the Columbia County Board of Commissioners' decision to revoke its alcohol license. This Court lacks jurisdiction because the application is untimely.

The trial court entered the pertinent order on December 12, 2022. On January 11, 2023, Stay Social filed with this Court a motion for an extension of 30 days within which to file the application. This Court granted Stay Social's motion, directing it to file its application not later than 30 days from January 11, 2023, which fell on February 10, 2023. Stay Social filed this application on February 11, 2023.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith.").

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>03/13/2023</u>

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>Stephen E. Castlen</u> *, Clerk.*